1-27-24

FILED — USDC — NDTX — AB
FEB 1 2024 AM 10:29

To whom It may Concern I am writing this to Inform the Court System that I'm IN a great <u>Risk</u> <u>of Danger</u> being on the Byrd unit due to me being retalitated against by Staff/Inmates TDCJ officals are allowing Inmates to Throw feces and harass me on a daily. I've wrote several Step 1 Grievances to Staff but my safety Is being over looked by officals on Byrd unit due to the lack of Cameras The unit do not have this Is allowing Staff and Inmates to commit Criminal acts against me. <u>I am</u> asking For Protection

from the courts As TDCJ officals are targeting me and Intrapping me As I've been Tortured. Please help me and keep me safe so I can be free from Retaliation by staff and offenders

1-27-24

Billy Mack
#2381896

Note:
I've Exhausted all my Remedies and have done all I could do my 8th amendment 14th amendment and due process Is being violated

Billy MAck #2381846
Byrd unit
21 FM 247
Huntsville TX
77320

NORTH HOUSTON TX 773
29 JAN 2024 PM 2 L

U.S. District Court Clerk
Northern District of Texas
P.O. Box 1218
Abilene TX 79604

RECEIVED
FEB - 1 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail

79604-121818

Legal Mail

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION